Receipt Number: 996191
Tracking Number: 74223608

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202361592

| | |
|---|---|
| PLAINTIFF: AUBREY, BRANDON | In the 080th Judicial |
| vs. | District Court of |
| DEFENDANT: WAL-MART STORES TEXAS LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: BARRETT, ROBERT SHANNON
27071 W BALSAM FIR CIR
SPRING TX 77386

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on September 7, 2023, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this September 12, 2023.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: BRIANNA J. DENMON

Issued at request of:
LONG, SAMUEL QUINCE
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24123912

EXHIBIT A

Tracking Number: 74223608

CAUSE NUMBER: 202361592

| | |
|---|---|
| PLAINTIFF: AUBREY, BRANDON | In the 080th |
| vs. | Judicial District Court |
| DEFENDANT: WAL-MART STORES TEXAS LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20 _____.

FEE: $ _____

_____ of _____

County, Texas

_____    By: _____
          Affiant                              Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 \_\_\_\_\_

_____
Notary Public

9/10/2023 8:11 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 79384130
By: Brianna Janel Denmon
Filed: 9/7/2023 2:00 PM

**2023-61592 / Court: 80**

CAUSE NO. _____

| | | |
|---|---|---|
| Brandon Aubrey | § § § | IN THE DISTRICT COURT OF |
| Plaintiff; | § § | |
| vs. | § § | |
| Wal-Mart Stores, Texas LLC; Wal Mart Inc.; Wal-Mart Real Estate Business Trust; Tyrone Wiltz; and Robert Shannon Barrett; | § § § § § | HARRIS COUNTY, TEXAS |
| Defendants. | § § | \_\_\_\_\_ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Richard Reggio files this Original Petition complaining of Defendants Wal-Mart Stores Texas, LLC; Walmart Inc.; Wal-Mart Real Estate Business Trust; ("Wal-Mart"); Tyrone Wiltz; and Robert Shannon Barrett (collectively, "Defendants"), and for cause of action respectfully shows unto the Court as follows:

### I.
### DISCOVERY LEVEL

1. Plaintiff pleads level 2.

### II.
### JURISDICTION AND VENUE

2. Plaintiff brings claims under the common law of Texas. Jurisdiction and venue is proper in this Court because: (i) at least one Defendant is a resident of Harris County; (ii) all Defendants have ongoing and systemic contacts with Texas; and (iii) the incident occurred in Harris County, Texas. TEX. CIV. PRAC. REM. CODE § 15.002. Removal is improper under 28 U.S.C. § 1441(b)(2).

## III.
## PARTIES

3. Plaintiff Brandon Aubrey is a Texas resident.

4. Defendant **Wal-Mart Stores Texas, LLC** is a foreign limited liability corporation that does a substantial amount of business in the state of Texas and within Harris County. This Defendant may be served via its registered agent: <u>C T Corporation System; 1999 Bryan Street, Suite 900; Dallas, Texas 75201</u>.

5. Defendant **Walmart Inc.** is a foreign corporation that does a substantial amount of business in the state of Texas and within Harris County. This Defendant may be served via its registered agent: <u>C T Corporation System; 1999 Bryan Street, Suite 900; Dallas, Texas 75201</u>.

6. Defendant **Wal-Mart Real Estate Business Trust** is a foreign business trust that owns property in Harris County and throughout the state of Texas. This Defendant may be served via its registered agent: <u>C T Corporation System; 1999 Bryan Street, Suite 900; Dallas, Texas 75201</u>.

7. Defendant **Tyrone Wiltz** is a Texas resident domiciled in Harris County, Texas. This Defendant may be served with process at his home address of 3804 Kimberly Dr.; Pearland, Texas 77581, or wherever he may be found.

8. Defendant **Robert Shannon Barrett** is a Texas resident domiciled in Harris County, Texas. This Defendant may be served with process at his home address of 27071 W. Balsam Fir. Cir.; Spring, Texas 77386.

## IV.
## FACTS

9. This lawsuit is necessary because of injuries sustained from an incident that occurred on or about June 27, 2023, at Wal-Mart's retail store in La Porte, Texas.

10. On or about that time, Plaintiff Brandon Aubrey was delivering Wal-Mart retail goods, loaded into a Wal-Mart trailer at Wal-Mart's Distribution Center #7010, and transporting it to Wal-Mart retail store located in La Porte, Texas. The address of the Wal-Mart retail store is 9025 Spencer Highway, La Porte, Texas 77571 and is believed to be managed by Defendant Tyrone Wiltz. Defendant Wiltz was responsible for ensuring the loading dock was properly staff and the individuals unloading the dock were properly trained.

11. Wal-Mar's Distribution Center #7010 is located at 20131 Gene Campbell Blvd., New Caney, Texas 77357 and its shipping manager is Defendant Rober Shannon Barrett. Mr. Barrett was responsible for ensuring the pallets transported by Plaintiff were packaged and loaded properly as they departed the Distribution center.

12. Here, the load Plaintiff was transporting was not properly loaded or unloaded. Once Plaintiff arrived at the Wal-Mart La Porte, he opened the trailer for the employees at the Wal Mart when one of the pallets containing Wal-Mart goods collapsed and fell on top of him. Just before the collapse, the Wal-Mart employee under the care and direction of Defendant Garza, left the site where the pallet was resting to go get help. As a result, Plaintiff sustained severe injuries to his head, neck, shoulder, back, ankle and other parts of his body as a result.

## V.
## CLAIMS AND CAUSES OF ACTION AGAINST DEFENDANTS

A. Negligence, Negligence *Per Se,* and Gross Negligence (All Defendants)

13. Defendants committed acts of negligence, negligence *per se*, and gross negligence, including:

- Failing to properly load pallets;
- Failing to properly train its employees on how to load and unload pallets;
- Failing to provide properly supervision;
- Failing to remedy a known, unsafely loaded trailer;
- Failing to provide adequate safety measures;
- Failing to give adequate warnings to Plaintiffs of an unsafe condition(s);
- Failing to adequately mark a dangerous condition(s);
- Failing to adequately maintain the premises;
- Failing to take appropriate and reasonable action to protect Plaintiff;
- Creating a dangerous condition;
- Failing to timely and appropriately remedy a dangerous condition;
- Vicariously liability for the acts and/or omissions of their employees;
- Failing to hire, manage, train, and supervise competent employees; and
- Other acts deemed negligent.

14. These acts and/or omissions proximately caused Plaintiff's injuries and damages. Further, Defendants acted knowingly and/or recklessly, committing gross negligence. Accordingly, Plaintiff is entitled to exemplary damages.

**B.  Premises Liability (against Wal-Mart)**

15. Plaintiff adopts and incorporates by reference each and every allegation set forth above.

4

Case 4:23-cv-04142 Document 1-2 Filed on 11/01/23 in TXSD Page 7 of 9

16. At all material times, Defendants owned, occupied, and/or controlled the area where Plaintiff was injured. The condition of the area where Plaintiff was injured posed an unreasonable risk of harm, and Defendants had actual knowledge or reasonably should have known of the unreasonably dangerous condition. Moreover, Plaintiff did not have actual knowledge of the unreasonably dangerous condition.

17. Plaintiff entered Defendants' premises with Defendants' knowledge and for Defendants' benefit. Defendants had a duty to make the unreasonably dangerous condition reasonably safe. Defendants breached this duty by failing to make the unreasonably dangerous condition reasonably safe. Defendants' breaches proximately caused Plaintiff's injuries.

C. Damages

18. As a result of said occurrences, Plaintiff sustained severe injuries to his head, neck, shoulder, back, ankle and other parts of his body as a result. Plaintiff has sustained severe pain, physical impairment, discomfort, disfigurement, disability, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

19. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues. Pursuant to Rule 47, Plaintiff seeks monetary relief within the jurisdictional limits of this Court and over $1,000,000.00.

5

## VI.
## JURY DEMAND

20. Plaintiff hereby demands a trial by jury on all issues.

## PRAYER

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which he may show himself justly entitled.

Date: September 7, 2023

Respectfully Submitted,

ARNOLD & ITKIN LLP

*Samuel Q. Long*
Kurt Arnold
SBN: 24036150
karnold@arnolditkin.com
Caj Boatright
SBN: 24036237
cboatright@arnolditkin.com
Roland Christensen
SBN: 24101222
rchristensen@arnolditkin.com
Samuel Q. Long
slong@arnolditkin.com
SBN: 24123912
6009 Memorial Drive
Houston, Texas 77007
Tel: 713.222.3800
Fax: 713.222.3850

6

e-service@arnolditkin.com
saioteam@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure on this Thursday, September 7, 2023.

*Samuel Q. Long*
Samuel Q. Long